*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: William E. Sullivan, Jr.
    Debtor(s)

Case No: 23–12347–amc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why this case should not be dismissed for failure to pay the first installment payment in the amount of $80.00 will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 10/17/23

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: September 29, 2023

25 – 24
Form 175