UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                                              :
    WILLIAM E. SULLIVAN,                        Chapter  13
                                                                   :

                                                                   :
    Debtor(s)
                                                                   :    Bankruptcy No.  23-12347 AMC

**ORDER**

AND NOW, this  19th  day of  October , 2023, it is

1.*(✓)  ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*( ) ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

3.*( )  ORDERED that since this debtor has a prior pending case, this case be, and the same hereby is , DISMISSED (11 U.S.C. Sections 105, 1307 (c)).

_____
Ashely M. Chan
United States Bankruptcy Judge

*  Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.

b3.frm