United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12347-amc |
| William E. Sullivan, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 19, 2023 | Form ID: pdf900 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William E. Sullivan, Jr., 3121 Holly Road, Philadelphia, PA 19154-1707 |
| 14805076 | ++++ | 5501 HEADQUARTERS DR STE 10001, PLANO TX 75024-6191 address filed with court:, Acceptance Now Attn: Bankruptcy 5501 Headquarters, Plano, TX75024-5837 |
| 14805078 | | Amsher Collection Serv 4524 Southlake Pkwy, Hoover, AL35244-3270 |
| 14805083 | | Credit Collection Serv PO Box 710, Norwood, MA02062-0710 |
| 14805085 | | Credit One Bank N.A. PO Box 60500, City of Industry, CA91716-0500 |
| 14805086 | | Easy Pay/Duvera Collections Attn: Bankruptcy, PO Box 2549, Carlsbad, CA92018-2549 |
| 14805089 | | Lvnv Funding/Resurgent Capital Attn: Bankruptcy, PO Box 10497, Greenville, SC29603-0497 |
| 14805090 | | Midland Credit Managem, 320 E Big Beaver Rd Troy, MI48083-1238 |
| 14805092 | + | Quicken Loans 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14805091 | + | Quicken Loans Attn: Bankruptcy 1050 Woodward Ave, Detroit, MI 48226-3573 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Oct 20 2023 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2023 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14805077 | Email/Text: bankruptcy@rentacenter.com | Oct 20 2023 00:11:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX75024-5837 |
| 14814287 | Email/Text: bnc@atlasacq.com | Oct 20 2023 00:11:00 | Atlas Acquisitions LLC, C/O Avi Schild, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14814132 | Email/Text: bnc@atlasacq.com | Oct 20 2023 00:11:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14805079 | Email/Text: bsimmons@amsher.com | Oct 20 2023 00:11:00 | Amsher Collection Srv, 4524 Southlake Pkwy Ste 15, Hoover, AL35244-3271 |
| 14805082 | Email/Text: documentfiling@lciinc.com | Oct 20 2023 00:11:00 | COMCAST, PO Box 70219, Philadelphia, PA19176-0219 |
| 14805080 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2023 00:24:23 | Capital One Attn: Bankruptcy PO Box 30285, Salt Lake City, UT84130-0285 |
| 14805081 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2023 00:12:02 | Capital One Bank USA N PO Box 30281, Salt Lake City, UT84130-0281 |
| 14805084 | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 20 2023 00:11:00 | Credit Collection Services Attn: Bankruptcy, 725 Canton St, Norwood, MA02062-2679 |
| 14814510 | Email/Text: operationsclerk@easypayfinance.com | | |

Case 23-12347-amc   Doc 30   Filed 10/21/23   Entered 10/22/23 00:31:23   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 20 2023 00:11:00 | Duvera dba Easypay Finance, P.O. Box 2549, Carlsbad, CA 92018 |
| 14805087 | | Email/Text: operationsclerk@easypayfinance.com | Oct 20 2023 00:11:00 | Easypay/dvra, 3220 Executive Rdg, Vista, CA92081-8571 |
| 14822606 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 20 2023 00:11:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 14807607 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2023 00:12:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14814468 | + | Email/Text: bankruptcy@mnghllc.com | Oct 20 2023 00:11:00 | Mollie, LLC dba Uown Leasing, 10500 University Center Dr. Suite 150, 10500 University Center Dr. Suite 140, Tampa, FL 33612-6415 |
| 14816089 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2023 00:11:00 | Quantum3 Group LLC as agent for, Katapult Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14809104 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2023 00:11:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14822219 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2023 00:11:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14813548 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 20 2023 00:11:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14805095 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 00:12:26 | Synchrony Bank PO Box 960061, Orlando, FL32896-0061 |
| 14805096 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Oct 20 2023 00:24:23 | T-Mobile, PO Box 742596, Cincinnati, OH45274-2596 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14805088 | | Lvnv Funding LLC Greenville, SC29601 |
| 14805093 | | Sunrise Credit Service, 260 Airport Plaza Blvd Farmingdale, NY1 |
| 14805094 | | Sunrise Credit Services, Inc. Attn: Bankruptcy, 260 Airport Plaza Blvd Farmingdale, NY1 |
| 14805098 | | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr Ste 500 Saint Charles, |
| 14805097 | | Verizon Wireless Minneapolis, MN55401 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2023         Signature:    /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 19, 2023 | Form ID: pdf900 | Total Noticed: 31

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| SHARON S. MASTERS | on behalf of Debtor William E. Sullivan  Jr. shmasters@hotmail.com, G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                  :
    WILLIAM E. SULLIVAN,               Chapter  13
                                       :

                                       :
    Debtor(s)
                                       :    Bankruptcy No.  23-12347 AMC

**ORDER**

AND NOW, this **19th** day of **October**, 2023, it is

1.*(✓)  ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*( ) ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

3.*( )  ORDERED that since this debtor has a prior pending case, this case be, and the same hereby is , DISMISSED (11 U.S.C. Sections 105, 1307 (c)).

_____
Ashely M. Chan
United States Bankruptcy Judge

* Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.

b3.frm