# UNITED STATES BANKRUPTCY COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  William Sullivan, Jr. ) Chapter 13

) Bankruptcy No. 23-12347

Debtor(s) )

## MOTION TO VACATE DISMISSAL ORDER AND REINSTATE CASE

Debtor William Sullivan, Jr., by his counsel, Sharon S. Masters, Esquire, hereby moves this Honorable Court for an Order vacating dismissal order and reinstating Chapter 13 case, and in support thereof avers as follows:

1. The debtor(s) filed this Chapter 13 bankruptcy petition on August 4, 2023.

2. Debtor filed an Application to Pay Filing Fee in Installments, stating he would pay three monthly installments of $80 on September 1, October 1, November 1 and a payment of $73.00 on December 1, 2023.

3. When Debtor did not pay the JSeptember 1, 2023 installment on time, a show cause hearing was scheduled for October 17, 2023.  The payment was not made until October 19, 2023, and the case had already been dismissed.

4. Debtor has the second and third installment payments of the filing fee and asks the Court to vacate dismissal order and reinstate the case. Debtor understands that he is responsible for pay the remaining installment payments on time.

WHEREFORE, Debtor respectfully requests the Court grant the Motion to Vacate Dismissal Order and reinstate the Chapter 13 case.

Dated: 11/6/2023 /s/ *Sharon S. Masters*
Sharon S. Masters, Esq.
Attorney for Debtor