UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  William Sullivan, Jr.                                ) Chapter 13

                                                                   ) Bankruptcy No. 23-12347

        Debtor(s) )

ORDER

AND NOW, this __6th__ day of __Dec.__ 2023, it is hereby ordered that the Motion to Vacate Dismissal Order and Reinstate Case is GRANTED.

_____
Ashely M. Chan
U.S. Bankruptcy Judge