# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William E. Sullivan, Jr.<br>    Debtor<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., its successors and/or assigns<br>    Movant<br>  vs.<br><br>William E. Sullivan, Jr.<br>    Debtor<br><br>Kenneth E. West, Esquire<br>    Trustee | CHAPTER 13<br><br><br><br>NO. 23-12347 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., which was filed with the Court on or about December 28, 2023.

Dated: January 26, 2024

                Respectfully submitted,

                /s/Mark A. Cronin
                Mark A. Cronin, Esq.
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: (215) 627-1322
                mcronin@kmllawgroup.com