**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    : CHAPTER 13

William E. Sullivan, Jr.                  : BANKRUPTCY NO. 23-12347 AMC

           AMC Debtor (s)

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of
the debtor(s) chapter 13 plan on 07/16/2024 at 10:00 AM before the Hon. Ashely M. Chan

                                    Respectfully submitted,

Date: May 14, 2024                  /s/Jack K. Miller, Esquire for
                                    Kenneth E. West
                                    Chapter 13 Standing Trustee
                                    P.O. Box 40837
                                    Philadelphia, PA  19105