United States Bankruptcy Court
Eastern District of Pennsylvania

In re: | Case No. 23-12347-amc
William E. Sullivan, Jr. | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: May 15, 2024  Form ID: 152  Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William E. Sullivan, Jr., 3121 Holly Road, Philadelphia, PA 19154-1707 |
| 14805076 | | Acceptance Now Attn: Bankruptcy 5501 Headquarters, Plano, TX75024-5837 |
| 14805078 | | Amsher Collection Serv 4524 Southlake Pkwy, Hoover, AL35244-3270 |
| 14805083 | | Credit Collection Serv PO Box 710, Norwood, MA02062-0710 |
| 14805085 | | Credit One Bank N.A. PO Box 60500, City of Industry, CA91716-0500 |
| 14805086 | | Easy Pay/Duvera Collections Attn: Bankruptcy, PO Box 2549, Carlsbad, CA92018-2549 |
| 14805089 | | Lvnv Funding/Resurgent Capital Attn: Bankruptcy, PO Box 10497, Greenville, SC29603-0497 |
| 14805090 | | Midland Credit Managem, 320 E Big Beaver Rd Troy, MI48083-1238 |
| 14805092 | + | Quicken Loans 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14805091 | + | Quicken Loans Attn: Bankruptcy 1050 Woodward Ave, Detroit, MI 48226-3573 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 15 2024 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 15 2024 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14814287 | Email/Text: bnc@atlasacq.com | May 15 2024 23:46:00 | Atlas Acquisitions LLC, C/O Avi Schild, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14814132 | Email/Text: bnc@atlasacq.com | May 15 2024 23:46:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14805077 | Email/Text: bankruptcy@rentacenter.com | May 15 2024 23:47:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX75024-5837 |
| 14805079 | Email/Text: bsimmons@amsher.com | May 15 2024 23:47:00 | Amsher Collection Srv, 4524 Southlake Pkwy Ste 15, Hoover, AL35244-3271 |
| 14805082 | Email/Text: documentfiling@lciinc.com | May 15 2024 23:46:00 | COMCAST, PO Box 70219, Philadelphia, PA19176-0219 |
| 14805080 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2024 23:49:46 | Capital One Attn: Bankruptcy PO Box 30285, Salt Lake City, UT84130-0285 |
| 14805081 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2024 23:49:45 | Capital One Bank USA N PO Box 30281, Salt Lake City, UT84130-0281 |
| 14805084 | Email/Text: bankruptcy_notifications@ccsusa.com | May 15 2024 23:47:00 | Credit Collection Services Attn: Bankruptcy, 725 Canton St, Norwood, MA02062-2679 |
| 14814510 | Email/Text: operationsclerk@easypayfinance.com | May 15 2024 23:46:00 | Duvera dba Easypay Finance, P.O. Box 2549, Carlsbad, CA 92018 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14805087 | | Email/Text: operationsclerk@easypayfinance.com | May 15 2024 23:46:00 | Easypay/dvra, 3220 Executive Rdg, Vista, CA92081-8571 |
| 14822606 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 15 2024 23:47:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 14807607 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2024 23:49:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14805089 | ^ | MEBN | May 15 2024 23:40:56 | Lvnv Funding/Resurgent Capital Attn: Bankruptcy, PO Box 10497, Greenville, SC29603-0497 |
| 14814468 | + | Email/Text: bankruptcy@mnghllc.com | May 15 2024 23:47:00 | Mollie, LLC dba Uown Leasing, 10500 University Center Dr. Suite 150, 10500 University Center Dr. Suite 140, Tampa, FL 33612-6415 |
| 14816089 | | Email/Text: bnc-quantum@quantum3group.com | May 15 2024 23:47:00 | Quantum3 Group LLC as agent for, Katapult Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14809104 | | Email/Text: bnc-quantum@quantum3group.com | May 15 2024 23:47:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14822219 | | Email/Text: bnc-quantum@quantum3group.com | May 15 2024 23:47:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14813548 | + | Email/Text: bankruptcyteam@quickenloans.com | May 15 2024 23:47:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14805095 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 15 2024 23:49:54 | Synchrony Bank PO Box 960061, Orlando, FL32896-0061 |
| 14805096 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | May 15 2024 23:49:45 | T-Mobile, PO Box 742596, Cincinnati, OH45274-2596 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14805088 | | Lvnv Funding LLC Greenville, SC29601 |
| 14805093 | | Sunrise Credit Service, 260 Airport Plaza Blvd Farmingdale, NY1 |
| 14805094 | | Sunrise Credit Services, Inc. Attn: Bankruptcy, 260 Airport Plaza Blvd Farmingdale, NY1 |
| 14805098 | | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr Ste 500 Saint Charles, |
| 14805097 | | Verizon Wireless Minneapolis, MN55401 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2024                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| SHARON S. MASTERS | on behalf of Debtor William E. Sullivan  Jr. shmasters@hotmail.com, G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: William E. Sullivan, Jr.
    Debtor(s)

Case No: 23−12347−amc
Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 7/16/24 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

51 − 20
Form 152