United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                         Case No. 23-12347-amc

William E. Sullivan, Jr.                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                User: admin                               Page 1 of 3

Date Rcvd: Sep 25, 2024                          Form ID: 155                         Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William E. Sullivan, Jr., 3121 Holly Road, Philadelphia, PA 19154-1707 |
| 14805076 | | Acceptance Now Attn: Bankruptcy 5501 Headquarters, Plano, TX75024-5837 |
| 14805078 | | Amsher Collection Serv 4524 Southlake Pkwy, Hoover, AL35244-3270 |
| 14805083 | | Credit Collection Serv PO Box 710, Norwood, MA02062-0710 |
| 14805085 | | Credit One Bank N.A. PO Box 60500, City of Industry, CA91716-0500 |
| 14805086 | | Easy Pay/Duvera Collections Attn: Bankruptcy, PO Box 2549, Carlsbad, CA92018-2549 |
| 14805090 | | Midland Credit Managem, 320 E Big Beaver Rd Troy, MI48083-1238 |
| 14805092 | + | Quicken Loans 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14805091 | + | Quicken Loans Attn: Bankruptcy 1050 Woodward Ave, Detroit, MI 48226-3573 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14814132 | Email/Text: bnc@atlasacq.com | Sep 26 2024 00:14:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14814287 | Email/Text: bnc@atlasacq.com | Sep 26 2024 00:14:00 | Atlas Acquisitions LLC, C/O Avi Schild, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14805077 | Email/Text: bankruptcy@rentacenter.com | Sep 26 2024 00:15:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX75024-5837 |
| 14805079 | Email/Text: bsimmons@amsher.com | Sep 26 2024 00:15:00 | Amsher Collection Srv, 4524 Southlake Pkwy Ste 15, Hoover, AL35244-3271 |
| 14805082 | Email/Text: documentfiling@lciinc.com | Sep 26 2024 00:14:00 | COMCAST, PO Box 70219, Philadelphia, PA19176-0219 |
| 14805080 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2024 00:28:27 | Capital One Attn: Bankruptcy PO Box 30285, Salt Lake City, UT84130-0285 |
| 14805081 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2024 00:29:18 | Capital One Bank USA N PO Box 30281, Salt Lake City, UT84130-0281 |
| 14805084 | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 26 2024 00:15:00 | Credit Collection Services Attn: Bankruptcy, 725 Canton St, Norwood, MA02062-2679 |
| 14814510 | Email/Text: operationsclerk@easypayfinance.com | Sep 26 2024 00:14:00 | Duvera dba Easypay Finance, P.O. Box 2549, Carlsbad, CA 92018 |
| 14805087 | Email/Text: operationsclerk@easypayfinance.com | Sep 26 2024 00:14:00 | Easypay/dvra, 3220 Executive Rdg, Vista, CA92081-8571 |
| 14822606 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 26 2024 00:15:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 14807607 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 26 2024 00:28:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14805089 | ^ MEBN | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 25 2024 23:57:46 | Lvnv Funding/Resurgent Capital Attn: Bankruptcy, PO Box 10497, Greenville, SC29603-0497 |
| 14814468 | + | Email/Text: bankruptcy@mnghllc.com | Sep 26 2024 00:14:00 | Mollie, LLC dba Uown Leasing, 10500 University Center Dr. Suite 150, 10500 University Center Dr. Suite 140, Tampa, FL 33612-6415 |
| 14901511 | | Email/Text: bnc-quantum@quantum3group.com | Sep 26 2024 00:14:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14816089 | | Email/Text: bnc-quantum@quantum3group.com | Sep 26 2024 00:14:00 | Quantum3 Group LLC as agent for, Katapult Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14809104 | | Email/Text: bnc-quantum@quantum3group.com | Sep 26 2024 00:14:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14822219 | | Email/Text: bnc-quantum@quantum3group.com | Sep 26 2024 00:14:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14813548 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 26 2024 00:15:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14805095 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2024 00:29:41 | Synchrony Bank PO Box 960061, Orlando, FL32896-0061 |
| 14805096 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Sep 26 2024 00:29:29 | T-Mobile, PO Box 742596, Cincinnati, OH45274-2596 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14805088 | | Lvnv Funding LLC Greenville, SC29601 |
| 14805093 | | Sunrise Credit Service, 260 Airport Plaza Blvd Farmingdale, NY1 |
| 14805094 | | Sunrise Credit Services, Inc. Attn: Bankruptcy, 260 Airport Plaza Blvd Farmingdale, NY1 |
| 14805098 | | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr Ste 500 Saint Charles, |
| 14805097 | | Verizon Wireless Minneapolis, MN55401 |

TOTAL: 5 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 27, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2024 at the address(es) listed below:

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 25, 2024 | Form ID: 155 | Total Noticed: 30 |

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| SHARON S. MASTERS | on behalf of Debtor William E. Sullivan Jr. shmasters@hotmail.com, G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   William E. Sullivan Jr. ) Case No. 23−12347−amc
)
)
Debtor(s). ) Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: September 24, 2024　　　　　　　　　　　　　　　For The Court

　　　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge, United States Bankruptcy Court