# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William E. Sullivan Jr.<br>       Debtor(s) | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>       Movant<br>   vs.<br>William E. Sullivan Jr.<br>       Debtor(s) | NO. 23-12347 AMC |
| KENNETH E. WEST ESQUIRE<br>       Trustee | 11 U.S.C. Section 362 |

## RESPONSE TO MOTION OF Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.
## FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER SECTION 362

1. Admitted.

2. Admitted.

3. Denied. Strict proof is demanded..

4. Admitted.

5. Admitted.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. No response is required.

WHEREFORE, Debtor/Respondent Movant prays that an Order be entered denying the Motion for Relief from Stay.

            /s/ Sharon S. Masters
            Sharon S. Masters, Esq.

            Attorney for Debtor/Respondent

Dated: 12/04/2024

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  William E. Sullivan Jr.<br><br>                       Debtor(s) | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br><br>                       Movant<br>      vs. | NO. 23-12347 AMC |
| William E. Sullivan Jr.<br><br>                       Debtor(s) | |
| KENNETH E. WEST ESQUIRE<br><br>                       Trustee | 11 U.S.C. Sections 362 |

**ORDER**

       AND NOW, this _____ day of _____, 2024 at Philadelphia, upon consideration of the Motion for Relief, Debtor's Response thereto, and the entire record, it is hereby ORDERED that the Motion is DENIED.

                                                                        Ashely M. Chan, Chief Judge
                                                                         United States Bankruptcy Court