## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

In re William E. Sullivan, Jr.                                No. 23-12347e
    Debtor                                                        Chapter 13

## OBJECTION TO CERTIFICATION OF DEFAULT OF STIPULATION

1.      On January 17, 2025, this Honorable Court entered an Order approving the Stipulation between Debtor and Rocket Mortgage, LLC. resolving Rocket Mortgage's Motion for Relief from Automatic Stay.

2.      The Stipulation provided for payment of post-petition arrears in the amount of $4,087.35 over six (6) month.  Debtor completed this arrearage cure.

3.      The Stipulation further provided for payment of regular monthly post-petition payments in the amount of $1,484.69 commencing in July 2025.

4.      Debtor made the payments from July 2025 through December 2025 but due to an automobile accident, could not make the February and March 2026 payments.

5.      Rocket Mortgage filed a Notice of Mortgage Payment Change on October 28, 2025 increasing the escrow amount and therefore the mortgage payment to $1,918.21.  Debtor objects to this exorbitant increase and has requested additional information from Rocket Mortgage's counsel.

6.      Debtor has requested a modification to the Stipulation in order to cure this default..

    WHEREFORE, Debtor respectfully requests this Honorable Court to deny the Certification of Default filed by Citizens Bank, N.A.

/s/ Sharon S. Masters
Sharon S. Masters, Esquire
132 Overleaf Drive
Thorndale, PA  19372
(610) 322-5277
shmasters@hotmail.com
Counsel for Debtor

Dated: 4/4/2026