*Form 167* (1/25)–doc 79 – 78

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| William E. Sullivan Jr. | ) | Case No. 23–12347–amc |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default.

on: 4/21/26

at: 11:00 AM

in: HRG will be held via Telephone, see Calendar info. for the Judge, on the Court website

Date: April 6, 2026                                      For The Court

                                                          Mohung Wong
                                                          Clerk of Court