## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re: William Sullivan, Jr**          :          CHAPTER 13
                                         :
                                         :
                                         :          NO. 23-12347

### PRAECIPE TO WITHDRAW OBJECTION TO CLAIM

To the Clerk:

Kindly withdraw Debtor's Objection to Claim filed at No. 78 on the Docket.

Thanks.


*/s/ Sharon S. Masters*
Sharon S. Masters, Esquire
Attorney for Debtor


Dated: 5/25/2026