United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-12347-amc |
|---|---|
| William E. Sullivan, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 23, 2026 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William E. Sullivan, Jr., 3121 Holly Road, Philadelphia, PA 19154-1707 |
| 14805076 | | Acceptance Now Attn: Bankruptcy 5501 Headquarters, Plano, TX75024-5837 |
| 14805078 | | Amsher Collection Serv 4524 Southlake Pkwy, Hoover, AL35244-3270 |
| 14805083 | | Credit Collection Serv PO Box 710, Norwood, MA02062-0710 |
| 14805085 | | Credit One Bank N.A. PO Box 60500, City of Industry, CA91716-0500 |
| 14805086 | | Easy Pay/Duvera Collections Attn: Bankruptcy, PO Box 2549, Carlsbad, CA92018-2549 |
| 14805090 | | Midland Credit Managem, 320 E Big Beaver Rd Troy, MI48083-1238 |
| 14805092 | + | Quicken Loans 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14805091 | + | Quicken Loans Attn: Bankruptcy 1050 Woodward Ave, Detroit, MI 48226-3573 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jun 24 2026 00:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 24 2026 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14814132 | Email/Text: bnc@atlasacq.com | Jun 24 2026 00:35:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14814287 | Email/Text: bnc@atlasacq.com | Jun 24 2026 00:35:00 | Atlas Acquisitions LLC, C/O Avi Schild, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14805077 | Email/Text: bankruptcy@rentacenter.com | Jun 24 2026 00:35:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX75024-5837 |
| 14805079 | Email/Text: bsimmons@amsher.com | Jun 24 2026 00:35:00 | Amsher Collection Srv, 4524 Southlake Pkwy Ste 15, Hoover, AL35244-3271 |
| 14805082 | Email/Text: documentfiling@lciinc.com | Jun 24 2026 00:35:00 | COMCAST, PO Box 70219, Philadelphia, PA19176-0219 |
| 14805080 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 24 2026 00:40:26 | Capital One Attn: Bankruptcy PO Box 30285, Salt Lake City, UT84130-0285 |
| 14805081 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 24 2026 00:40:27 | Capital One Bank USA N PO Box 30281, Salt Lake City, UT84130-0281 |
| 14805084 | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 24 2026 00:35:00 | Credit Collection Services Attn: Bankruptcy, 725 Canton St, Norwood, MA02062-2679 |
| 14814510 | Email/Text: operationsclerk@easypayfinance.com | Jun 24 2026 00:35:00 | Duvera dba Easypay Finance, P.O. Box 2549, Carlsbad, CA 92018 |
| 14805087 | Email/Text: operationsclerk@easypayfinance.com | Jun 24 2026 00:35:00 | Easypay/dvra, 3220 Executive Rdg, Vista, CA92081-8571 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jun 23, 2026 | Form ID: pdf900 | Total Noticed: 32

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14805096 | | Email/Text: JCTMO_BNC_Notices@JCAP.COM | Jun 24 2026 00:35:00 | T-Mobile, PO Box 742596, Cincinnati, OH45274-2596 |
| 14822606 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 24 2026 00:35:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud MN 56302-9617 |
| 14807607 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2026 00:40:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14805089 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2026 00:40:23 | Lvnv Funding/Resurgent Capital Attn: Bankruptcy, PO Box 10497, Greenville, SC29603-0497 |
| 14814468 | + | Email/Text: bankruptcy@mnghllc.com | Jun 24 2026 00:35:00 | Mollie, LLC dba Uown Leasing, 10500 University Center Dr. Suite 150, 10500 University Center Dr. Suite 140, Tampa, FL 33612-6415 |
| 14901511 | | Email/Text: bnc-quantum@quantum3group.com | Jun 24 2026 00:35:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14816089 | | Email/Text: bnc-quantum@quantum3group.com | Jun 24 2026 00:35:00 | Quantum3 Group LLC as agent for, Katapult Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14809104 | | Email/Text: bnc-quantum@quantum3group.com | Jun 24 2026 00:35:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14822219 | | Email/Text: bnc-quantum@quantum3group.com | Jun 24 2026 00:35:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14813548 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 24 2026 00:35:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14805095 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 24 2026 00:40:26 | Synchrony Bank PO Box 960061, Orlando, FL32896-0061 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14805088 | | Lvnv Funding LLC Greenville, SC29601 |
| 14805093 | | Sunrise Credit Service, 260 Airport Plaza Blvd Farmingdale, NY1 |
| 14805094 | | Sunrise Credit Services, Inc. Attn: Bankruptcy, 260 Airport Plaza Blvd Farmingdale, NY1 |
| 14805098 | | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr Ste 500 Saint Charles, |
| 14805097 | | Verizon Wireless Minneapolis, MN55401 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | * | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 5 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2                          User: admin                                      Page 3 of 3
Date Rcvd: Jun 23, 2026                     Form ID: pdf900                               Total Noticed: 32

Date: Jun 25, 2026                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SHARON S. MASTERS | on behalf of Debtor William E. Sullivan  Jr. shmasters@hotmail.com, G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter 13
    WILLIAM E SULLIVAN JR

                                     Bankruptcy No. 23-12347-AMC

               Debtor

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: June 23, 2026**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge